# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES LEE HARDESTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cv-00359-JPG |
| | ) |
| MARNIE WEB, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

DATED: **December 12, 2023**

                                        MONICA A. STUMP, Clerk of Court

                                        By:   *s/Tina Gray,*
                                                      Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                  J. PHIL GILBERT
                  U.S. DISTRICT JUDGE